UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJESTIC ZULU,<br><br>        Petitioner,<br><br>    v.<br><br>KROLL SETTLEMENT ADMINISTRATORS,<br><br>        Respondent. | Case No. 25-cv-08879-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner has not complied with the Clerk's Notice or the Court's order to file (1) a petition; and (2) an application to proceed *in forma pauperis* (IFP) or pay the filing fee. (Dkt. Nos. 2, 3, and 6.)  Accordingly, this federal mandamus action is DISMISSED (without prejudice) for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, petitioner may move to reopen the action.  To reopen, petitioner must file a motion to reopen with the words MOTION TO REOPEN written on the first page.  The motion must be accompanied by a complete IFP application (or full payment for the $405.00 filing fee); and a petition on this Court's form.  The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** January  7 , 2026

_____
RICHARD SEEBORG
Chief United States District Judge